FILED
JAMES J. VILT, JR. - CLERK
SEP - 1 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

SUPERSEDING INDICTMENT

v.

NO. 3:25-CR-00151-DJH
18 U.S.C. § 2
18 U.S.C. § 371
18 U.S.C. § 472
18 U.S.C. § 492
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(d)
18 U.S.C. § 982(a)(2)(B)
28 U.S.C. § 2461

**NARDIE JACKSON**

The Grand Jury charges:

COUNT 1
(*Passing Counterfeit Obligations*)

On or about the below-listed dates in the Western District of Kentucky, the defendant, **NARDIE JACKSON**, aided abetted by others known and unknown to the grand jury, as described in more detail below, with the intent to defraud, did pass falsely made, forged, and counterfeited obligations of the United States, that is, Federal Reserve Notes in the denominations listed below, which he then knew to be falsely made, forged, and counterfeited. The Counts and dates of passing are listed as follows:

| COUNT | DATE | DEFENDANT | DESCRIPTION |
|---|---|---|---|
| 1 | July 1, 2024 | **NARDIE JACKSON** | Passed a counterfeit $100 note bearing serial number I00455236A at RETAILER 3 in Warren County, Kentucky |

In violation of Title 18, United States Code, Sections 2 and 472.

The Grand Jury further charges:

COUNT 2
(*Conspiracy to Pass Counterfeit Obligations*)

Beginning in 2022 and continuing through on or about September 14, 2024, in the Western District of Kentucky, and elsewhere, the defendant, **NARDIE JACKSON**, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree, together and with others both known and unknown to the Grand Jury, to commit offenses against the United States, that is, to pass counterfeit obligations of the United States in violation of Title 18, United States Code, Section 472.

OBJECT OF THE CONSPIRACY

It was the object of the conspiracy to possess and pass counterfeit United States Federal Reserve Notes in exchange for real United States currency and as payment for goods and services to be purchased using the counterfeit Federal Reserve Notes.

MANNER AND MEANS

It was part of the conspiracy that members of the conspiracy would share in a supply of counterfeit United States Federal Reserve Notes and text each other to coordinate passing of such. It was further part of the conspiracy that members of the conspiracy would sometimes travel together to different locations for the purpose of passing the counterfeit United States Federal Reserve Notes.

OVERT ACTS

In furtherance of the conspiracy and to effect the object thereof, the co-conspirators and defendants herein knowingly performed or caused to be performed the following overt acts, among others, in the Western District of Kentucky:

1. On or about July 8, 2023, a co-conspirator passed a counterfeit $100 note at RETAILER 5 in Middletown, Kentucky.
2. On or about September 10, 2023, a co-conspirator passed a counterfeit $100 note at RETAILER 1 in Middletown, Kentucky.
3. On or about March 16, 2024, a co-conspirator passed a counterfeit $100 note at RETAILER 1 in Middletown, Kentucky.
4. On or about April 29, 2024, a co-conspirator attempted to pass a counterfeit $100 note at RETAILER 6 in Bardstown, Kentucky.
5. On or about July 7, 2024, **NARDIE JACKSON** passed a counterfeit $100 note at RETAILER 7 in Bowling Green, Kentucky.
6. On or about September 14, 2024, multiple co-conspirators traveled to RETAILER 8 in Elizabethtown, Kentucky, with the intent to pass counterfeit $100 notes.
7. Count One of this Indictment is realleged and incorporated by reference as though fully set forth herein as a separate overt act.

In violation of Title 18, United States Code, Sections 371 and 472.

The Grand Jury further charges:

COUNT 3
*(Possession of a Firearm by a Prohibited Person)*

On or about July 14, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **NARDIE JACKSON**, knowingly possessed, in and affecting commerce, a firearm, that is, a Taurus, model G2C, 9 millimeter caliber pistol, bearing serial number ACM694331 and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On October 30, 2024, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 22-CR-1586, **NARDIE JACKSON**, was convicted of the offense of Receiving Stolen Property (Firearm), a felony.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

NOTICE OF FORFEITURE

If convicted of any violation of Title 18, United States Code, Section 472, as alleged in Count 1 of this Indictment or of the violation of Title 18, United States Code, Sections 371 and 472, as alleged in Count 2 of this Indictment, the defendant, **NARDIE JACKSON** shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds obtained, directly or indirectly, as the result of the violations, and any property involved in such violations.

Pursuant to Title 18, United States Code, Sections 492, 981(a)(2)(B) and Title 28, United States Code, Section 2461.

As a result of committing an offense in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) as alleged in this Indictment, a felony punishable by imprisonment for more than one year, the defendant, **NARDIE JACKSON**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses, including, but not limited to a Taurus, model G2C, 9 millimeter caliber pistol, bearing serial number ACM694331 and ammunition.

A TRUE BILL.

[redacted]

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:EGM:09/01/2026

UNITED STATES OF AMERICA v. **NARDIE JACKSON**

## PENALTIES

| | |
|---|---|
| Count 1: | NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Count 2: | NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Count 3: | NM 15 yrs./$250,000/both/NM 3yrs. Supervised Release |
| FORFEITURE | |

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.